of Hancock county. Judgment affirmed. Jones, Matthias, Day and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 3-10-25.

19056—Carl Decker v. State of Ohio; error to the Court of Appeals of Preble county. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-1-25.

19155—James C. Davis, Agent v. Oswald & Taube, a partnership; error to the Court of Appeals of Hamilton county. Judgment affirmed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-18-25.

19195—Earl Myers v. State of Ohio; error to the Court of Appeals of Ross county. Petition in error dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-10-25.

19290—S. N. Greenlee, Clerk of the Village of Manchester v. Robert Cole; error to the Court of Appeals of Adams county. Judgment affirmed. Marshill, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 7-29-25.

19292—S. N. Greenlee, Clerk of the Village of Manchester v. Jasper McCreary; error to the Court of Appeals of Adams county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 7-29-25.

19315—Joseph A. Shriver, a Taxpayer v. S. N. Greenlee, Clerk, etc. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, concur. Robinson, J., not participating. Dock. 8-10-25.

19342—Albert Ossage v. Robert A. LeBlond. Error to the Court of Appeals of Hamilton county. Petition in error as of right dismissed. No constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Dock. 8-27-25.

### MOTION DOCKET

19220—Clifford S. Goby v. Minerva Engine Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Brief of plaintiff stricken from files and cause continued. Dock. 6-20-25.

19225—George F. Mitchell v. John H. Smart. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Dock. 6-22-25.

19239—Menihan Co. v. Russell F. Kreiter et al. Motion for an order directing the Court of Appeals of Tuscarawas county to certify its record. Overruled. Dock. 6-22-25.

19258—Edward Albert v. Gus Juengling & Son Co. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Allowed. Dock. 7-13-25.

19259—Butcher's Workmen's Union No. 610 v. Gus Juengling & Son Co. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. Dock. 7-13-25.

19260—Butcher's Workmen's Union No. 232 v. Gus Juengling & Son Co. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. Dock. 7-13-25.

19272—Industrial Commission of Ohio v. Clara Conley. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Dock. 7-15-25.

19273—Charles I. Dreifus v. Provident Savings Bank & Trust Co. et al. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. Dock. 7-18-25.

19274—Charles I. Dreifus v. Provideent Savings Bank & Trust Co. et al. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. Dock. 7-18-25.

19276—Louis Kronenberg v. Herbert J. Whale. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Dock. 7-20-25.

19278—Louis Kronenberg v. Harry A. Whale. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Dock. 7-20-25.

19295—Paul Jones v. Village of Maumee. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled. Dock. 7-29-25.

19298—Interstate Cotton Pickers v. Y. Frank Stewart. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled. Dock. 7-30-25.

19332—Cleveland Trust Co. v. Harry R. Scobie, Admr. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Allowed. Dock. 8-24-25.

19339—Catherine Walker v. Eva M. Walker. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Overruled. Dock. 8-25-25.

19342—Albert B. Ossage v. Robert A. LeBlond. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. Dock. 8-27-25.

19342—Albert B. Ossage v. Robert A. LeBlond. Motion to dismiss petition in error. Petition in error dismissed. No constitutional question involved. Dock. 8-27-25.

19367—John J. Filbrun et al v. W. Roy Fish, Treas. Motion for an order directing the Court of Appeals of Miami county to certify its record. Overruled. Dock. 10-2-25.

19380—C. C. Briggs v. Portage County Improvement Association . Motion for an order directing the Court of Appeals of Portage county to certify its record. Overruled. Dock. 10-13-25.

### Abstracts of Last Week's SUPREME COURT OPINIONS

#### SYLLABI

#### No. 971

No. 19056—Carl Decker v. State of Ohio. Error to the Court of Appeals of Preble County.

770. MISDEMEANOR—1. A person charged with misdemeanor under the Crabbe Act is permitted to defend in person or by counsel.

2. Such person has the right to be heard in argument through counsel upon conclusion of the evidence.

ALLEN, J.

1. The provision of Article 1, Section 10, of the Ohio Constitution which allows an accused person in any trial in any court to appear and defend in person and with counsel, is applicable to misdemeanor trials arising un-